**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **SAQUINCY LAMAR DAVIS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FRANK BISIGNANO,**<br>**Commissioner of the Social**<br>**Security Administration,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. CIV-26-498-G** |

**<u>ORDER</u>**

On August 28, 2026, the Court entered an Order and a Judgment reversing the decision of the Social Security Administration and remanding this case for further proceedings. *See* Doc. Nos. 13, 14. Now before the Court is Plaintiff's unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act, 28 U.S.C. §§ 2412 et seq. (Doc. No. 15), along with supporting documentation (Doc. No. 15-1). Plaintiff's Motion represents that the parties are in agreement as to an award of $8000.00 in fees.[1]

Having considered Plaintiff's unopposed request and the relevant record, the Court finds that: "(1) [P]laintiff is a 'prevailing party'; (2) the position of the United States was not 'substantially justified'; and (3) there are no special circumstances that make an award of fees unjust" in this case. *Hackett v. Barnhart*, 475 F.3d 1166, 1172 (10th Cir. 2007) (quoting 28 U.S.C. § 2412(d)(1)(A)). Accordingly, the Court GRANTS Plaintiff's request

---

[1] Any recovery of costs is governed by 28 U.S.C. § 1920, Federal Rule of Civil Procedure 54(d)(1), and Local Civil Rule 54.1.

(Doc. No. 15) and awards fees in the amount of $8000.00, with said amount to be paid directly to Plaintiff and sent in care of David Chermol, Chermol & Fishman LLC, 11450 Bustleton Avenue, Philadelphia, Pennsylvania, 19116. If attorney's fees are also awarded under 42 U.S.C. § 406(b), Plaintiff's counsel shall refund the smaller award to Plaintiff in accordance with *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

IT IS SO ORDERED this 23rd day of October, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge